PILLSBURY WINTHROP SHAW PITTMAN LLP
MARK D. LITVACK (SBN 183652)
mark.litvack@pillsburylaw.com
JAMES CHANG (SBN 271864)
james.chang@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone:       213.488.7100
Facsimile:       213.629.1033

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH F. BELL, PH.D., | Case No. 5:19-CV-01305-VKD |
| Plaintiff, | JOINT NOTICE OF SETTLEMENT |
| vs. | Judge: Hon. Virginia K. DeMarchi<br>CrtRm: 2 |
| THE LELAND STANFORD JUNIOR UNIVERSITY; KEVIN BLUE; and Does 1 to 20, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff and Defendants have agreed to the principal terms of a settlement in the above-captioned matter.  A formal settlement agreement is being reduced to writing and will be circulated between the parties for review and approval.  Once all the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed. The parties respectfully request this Court to stay all proceedings in this matter for 45 days pending the entering into of a final, executed settlement agreement.

Dated: April 5, 2019                     PILLSBURY WINTHROP SHAW PITTMAN LLP


                                         /s/ James Chang
                                     By:         James Chang

                                         Attorneys for Defendants



                                         LAW OFFICES OF C. ASHLEY CALLAHAN, P.C.

Dated: April 5, 2019

                                         /s/ C. Ashley Callahan
                                     By:   C. Ashley Callahan (*pro hac vice pending*)

                                         Attorneys for Plaintiff


## ATTESTATION

I hereby attest that I have been authorized by the above counsel to execute on their behalf this Joint Notice of Settlement.

Executed on this 5th day of April, 2019 at Los Angeles, California.


                                         /s/ James Chang
                                             James Chang

-2-

4834-5789-9155.v1

JOINT NOTICE OF SETTLEMENT
Case No: 5:19-CV-01305-VKD